# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145988(76)

MAJESTIC GOLF, L.L.C.,

Plaintiff/Counter-Defendant-
Appellee,

v

LAKE WALDEN COUNTRY CLUB, INC.,

Defendant/Counter-Plaintiff-
Appellant.

_____/

SC: 145988
COA: 300140
Livingston CC: 09-024146-CZ

On order of the Chief Justice, the motion by plaintiff-appellee to file a supplemental brief in reply to amici curiae is GRANTED. The brief submitted on September 24, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2013



Clerk